AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jorge Alberto Morales-Calvo<br>Homero Arteaga Jr.<br><br>*Defendant(s)* | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 17, 2024  in the county of  Webb  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code,<br>Section 922 (g)(1)<br>Section 922(g)(5)<br>Section 933 | Previously Convicted Felon in Possession of a Firearm<br>Person Illegally or Unlawfully in the United States In Possession of a Firearm<br>Firearms Trafficking |

This criminal complaint is based on these facts:

See Attached Sheet...

☑ Continued on the attached sheet.

/s/ Priscilla M. Almaraz
*Complainant's signature*

Priscilla M. Almaraz/ ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 

*Judge's signature*

City and state:  Laredo, Texas     , U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

On August 15, 2024, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") agents received information that TARGET 1 a Mexican National who was previously deported into 2018 as well as convicted for federal violation of 8 U.S.C 1324 Alien Smuggling in 2018, expressed interest in purchasing high powered rifles to take to Reynosa, Nuevo Leon. TARGET 1 is known to be affiliated with the Gulf Cartel who operates that region.

On August 30, 2024, ATF agents established communication with TARGET 1 using an ATF Confidential Informant ("CI"). Over the course of multiple conversations between the ATF CI and TARGET 1, they agreed to meet in Zapata, TX where TARGET 1 would purchase (1) .50 caliber rifle for $15,000 and (1) pistol with a large capacity magazine for $850; a Barrett Manufacturing, model 82A1, .50 caliber rifle with serial number AA008311 and FN Herstal Belgium, 5.7 x 28 caliber pistol with serial number 386122325.

On September 18, 2024, ATF Agents facilitated a reversal control buy of (1) .50 caliber rifle and (1) pistol to TARGET 1 who sent the defendants Jorge Alberto MORALES-CALVO ("MORALES-CALVO") and Homero ARTEAGA Jr ("ARTEAGA") to complete the transaction. ARTEAGA acted as the point of contact to ATF under cover ("UC") agent who provided him with a pre-determine location at 16 US-83 in Zapata, TX 78076. ARTEAGA arrived at the location in a black Chevrolet Silverado driven by MORALES-CALVO. ARTEAGA met with ATF UC in the parking lot of the location where the ATF UC was waiting in a black UC vehicle. ATF UC directed ARTEAGA to the trunk of the UC vehicle to show ARTEAGA the firearms that were kept in a black pelican case. ATF UC opened the pelican case to show ARTEAGA the firearms. During the interaction, ATF CI asked ARTEAGA if the firearms were going to Mexico. ARTEAGA said yes. ARTEAGA looked at the firearms and retreated to the passenger side of the truck to grab a small fanny pack containing the money. ARTEAGA grabbed the fanny pack and placed it on the bed of the truck and walked directly to the trunk of the UC vehicle. ARTEAGA then quickly grabbed the pelican case containing the firearms and threw it in the back seat of the trunk. The ATF UC agent gave the signal alerting the surveillance and response teams that the transaction was complete.

Once the response team was initiated, MORALES-CALVO sped off at a high rate of speed from the parking lot leaving ARTEAGA behind. Marked police units gave chase and immediately detained MORALES-CALVO in the adjacent parking lot. Both subjects were taken into custody. Agents seized $16,850 in counterfeit US currency.

A computerized criminal history ("CCH") query revealed, ARTEAGA was previously convicted in 2005 for offense charge Burglary of Habitation, Second Degree Felony by the 7th District Court in Tyler, TX. In 2008 for federal violation 21 USC 846 Conspiracy to Possess with Intent to Distribute and sentenced to 72 months incarceration. In 2015, ARTEAGA was sentenced to 6 months in prison for a probation violation. In 2017 ARTEAGA served 24 months in prison for a second violation of probationary terms. Additionally, ARTEAGA is subject to parole terms by the Pardon and Parole Board Austin until 12-01-2024.

A CCH query on MORALES-CALVO revealed he was previously deported from the United States under Section 212 and 237 on July 1, 2017. MORALES-CALVO acknowledged he was present in the United States unlawfully and claimed to be a Mexican citizen. In 2018, MORALES-CALVO was convicted for Burglary of Habitation with intent commit a felony, a First-Degree Felony, Aggravated Robbery, a First-Degree Felony by the 389th Judicial District Court.

MORALES-CALVO and ARTEAGA were charged with federal violations 18 USC 922(g)(1) Felon in Possession of a Firearm, 18 USC 922(g)(5) Person Illegally or Unlawfully in the United States in Possession of a Firearm, and 18 USC 933 Firearms Trafficking.

A preliminary examination of the firearm revealed that it was manufactured outside of the state of Texas, therefore affecting interstate commerce.